FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
in the UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT of GEORGIA

Daniel W. Taylor
1000333837 Plaintiff Pro-se

(Enter above full name of plaintiff or plaintiffs)

HATTIE Holmes Sullivan Clerk
Wheeler Correctional Facility
warden Vance LaughLIN
CARLOTTA FICKLIN and,
AUGUSTA Transitional Center
ET. AL.

.v.

Judge CARL C. BROWN
Richmond County SUPERIOR Court
SHERIFF Richard RoundTREE
Richmond County Sheriffs Dept.

(Enter above full name of defendant or defendants)

CV118-0056

I.   Previous lawsuits

A.   Have you begun other lawsuits in state or federal court dealing with the same facts
     involved in this action?                                          Yes ✓     No

     If your answer to A is yes, describe each lawsuit in the space below.  (If there is more
     than one lawsuit, describe the additional lawsuits on another piece of paper, using the
     same outline.)

     1.   Parties to this previous lawsuit:

          Plaintiffs:   Daniel W. Taylor
                              v.
          Defendants:   FPL Food LLC and Carlotta
                        FICKLIN.

     2.   Court (if federal court, name the district; if state court, name the county):
          RICHMOND County SUPERIOR Court

     3.   Docket number:   2017 RCCV00664

     4.   Name of judge assigned to case: CARL C. Brown (Not sure)
          He's the Chief Judge.

5.     Disposition
(for example, was the case dismissed? appealed? is it still pending?):

_Pending but being Denied Due Process._

6.     Approximate date of filing lawsuit: _December 2017_

7.     Approximate date of disposition: _N-A_

8.     Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?       Yes _____    No _X_

B.     While incarcerated or detained in any facility, have you brought any lawsuits in federal court which deal with facts other than those involved in this action?       Yes _✓_    No _____

If your answer to B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1.     Parties to previous lawsuit:

Plaintiffs: _Daniel W. TAYlor_

Defendants: _~~Taylor~~ v Jolian e Craw)_

2.     Court (name the district):

_US District Court Northern District_

3.     Docket number: _1:10-cv-0987-CAP_

4.     Name of judge assigned to case: _Charles Pannell JR._

5.     Disposition
(for example, was the case dismissed? appealed? is it still pending?):

_Dismissed failure to State A Claim_

6.     Approximate date of filing lawsuit: _APRIL 21, 2010_

7.    Approximate date of disposition: _____ApRiL 21, 2010_____

8.    Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?

Yes __✓__   No _____

C.    As to any lawsuit filed in federal court where you were allowed to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?

Yes __✓__   No _____

1.    If your answer to C is yes, name the court and docket number for each case:

TAYLOR v. JACKSON          1:09-CV-1894-CAP
TAYLor v. Public Defender  1:08-CV-3600-CAP
TAYlor v. U.S. Attorney     1:13-CV-212-CAP
TAYlor v. Greenberg & Traurig 1:10-CV-2566-CAP

II.   Place of present confinement: _Wheeler CorrecTional Facility_

A.    Is there a prisoner grievance procedure in this institution? Yes __✓__ No _____

B.    Did you present the facts relating to your complaint to the appropriate grievance committee?

Yes __✓__   No _____

C.    If your answer to B is yes:

1.    What steps did you take? _Filed A Grievance to Warden and Appealed it to ATLANTA_

2.    What was the result? _DeniED_

3

3.   Did you appeal any adverse decision to the highest level possible in the administrative procedure?                                    Yes ✓   No ___

If yes, what was the result? _Failed to Return Answer Within Time Prescribed Under S.O.P_

D.   If you did not utilize the prison grievance procedure, explain why not: _N-A_

## IV.   Parties

(In Item A below, list your name as plaintiff and current address. Provide the name and address of any additional plaintiffs on an attached sheet.)

A.   Name of plaintiff: _Daniel W. TAYLOR 1000333837_
Address: _Wheeler Correctional Facility_
_P.O. BOX 466_
_ALAMO, GA. 30411_

(In Item B below, list the defendant's full name, position, place of employment, and current address. Provide the same information for any additional defendants in Item C below.)

B.   Name of defendant: _CARL C. BROWN JR._
Position: _Chief Judge Richmond County_
Place of employment: _Richmond County SUPERIOR Court_
Current address: _735 JAMES Brown BLVD_
_AUGUSTA, GA. 30901_

C.   Additional defendants: _HATTIE Holmes Sullivan clerk OF Richmond County SUPERIOR Court, Sheriff Richard RoundTREE, Warden VANCE LAUGHLIN and CARLOTTA FICKLIN._

V.    Statement of Claim

State here as briefly as possible the FACTS in your case. Describe how each defendant is personally involved in the depriving you of your rights. You must include relevant times, dates, places, and names of witnesses. DO NOT GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

This is A Case Currently Pending before The Richmond County Superior Court under Civil Action NO. 2017RCCV00664, where on October 10, 2017 AS An Employee of FPL Foods LLC, located in Augusta, GA. I Suffered A Work-Related Injury while working for FPL Foods. I am at the end of A Wrongful Conviction which ends May 9, 2018, So I was A Participant in GeorGIA's Work-Release Program (NOTE: MY Case is Still Pending A Ruling in the Supreme Court of GeorGIA Case NO. S17H1449) Ran by Carlotta Ficklin. Carlotta Ficklin Conspired with FPL Food LLC to have Me Terminated to Avoid Me filing A Workers Compensation Claim and in Retaliation for filing Suit Against her in Richmond County Superior Court for her Stealing MY Wages Case NO. 2017RCCV-00334. Carlotta Ficklin Sent Me back to Prison Injured, Stole My Property and Money. So I filed Suit Against FPL Foods and Carlotta Ficklin. The Civil Clerk in Richmond County in Violation of O.C.G.A § 44-2-44 Continues To Dilitorily Deny Me Access to the Courts when I file Mandamuses and Motions USURP-

Cont. on Attached sheet

-1-

her Authority and Causing Me undue Pain and
Suffering in Violation of the Eighth Amendment.

(2) NOTE: Several Motions A Ruling Should have been
made on by NOW A Bond Motion for urgent
medical, A Motion for emergency hearing
for urgent Medical Treatment, A Motion For
A MRI ect. which is in violation of O.C.G.
A§15-6-21 (a)&(c). for A Ruling.
This is because The Clerk and I had A Confron-
tation in Case No. 2017 RCHM-8 in Open Court
August of 2017. When I filed Suit Against FPL
Foods in November of 2017 She Continued to Dilit-
ORILY Send back the Paper work. I Then Wrote
Judge Brown who too has A Problem with me
That he Violates the Judicial Canons 1, 2, 3
(B)(5) Personally Discriminating Against Me
Not too Timely Rule on MY Motions. I am
Severly Intured and Warden Vance Laughlin
has Denied Me Medical Treatment and Care
For MY work-Related Intury. On December
25, 2017, Due too MY Intory I Was Placed
in the Infirmary cause I couldn't Stand
or Walk. After filing Suit and he was
Contacted by FPL Attorney's I was Author-
ized Physical Therapy As Recommended by
The V.A. Hospital.

(3) NOTE: Warden Laughlin Denied Medical Treatment

-2-

STATEMENT OF FACTS continued

Pursuant to S.O.P IIB05-0001 through the State Grievance Procedure STATING his reason for denial: He do not Grant Medical Treatment based on A INJURY that occured At Another facility. It's Appealed at the highest level with no return Answer within the Time for the APPeal Process to end.

I am now in immenent Danger OF PHYSICAL Irrepparable Damage. I've lost all feeling in MY RIGHT Side MY back and Shoulder and Hand Stay Severely Swollen. The Pain is resistant Too the Medication OF A high DOSAGE OF Neurotin and The Physical Therapy has Aggravated the Problem. I'm in Need OF A MRI and Surgery AS Noted by the Reading OF MY X-RAY's TAKen on the Day OF MY INJURY at the VA. Hospital But the Warden is Denying the Procedure Due too the Cost.

(4) NOTE: They are buying time till it time for Me TO MAX-OUT May 9, 2018.

After filing Suit Carlotta FICKLIN Quit her Job as SuperIntendant OF the AUGUSTA Transitional Center and is Avoiding Service OF the Service OF the Summons and Complaint. The Sheriff was Sent A OPens Record Act to Search Court Records and Law enforcement Records to find her to Serve her. Hatt-

Holmes Sullivan was Sent A Open Records Act Also and too this dAY Neither her or Sheriff Richard Roundtree has Responded in Violation of 15 USCA § 552 (a)(4)(B)(1) and O.C.G.A§ 50-18-70 to 50-18-75. A Discovery Motion is Also Pending to Compell the Were Abouts of CARLOTTA FICKLIN to be Served. This has been filed but not Answered Also. A MandAMUS was filed to force the Judge to Rule but the Clerk Continues to Send them back filed but X out over the filing Date. I PersonalLY wrote Judge Brown to Rule on MY EMERG-ENCY INJUNCTION to Grant Medical and The MRI or Some Relief but with Animus I've been IGNored and Denied Any Relief Thats Causing Me Pain and Suffering and Possible Permanent Damage. To Overt Dis-MISSAL A MEMORANDUM is now being Stated.

## MEMORANDUM IN SUPPORT

Judge Brown with Animus is IGNORING his his OATh VIOLATING his ART VI duties To UPhold the Constitution and Violate The JudiciAL Code of Conduct based on his emotional feelings he has towards Me to Discriminate Against Me too

- 4 -

Deny Me Access to the Courts See: Code of
Judicial Conduct Canon 3(B)(5) A Judge Must Perform Judicial duties impartially and Fairly. 3(A)
states he Must take Precedence of his Judicial
duties over All other Activities.
I can not Seek Intervention from the Supreme
Court Cause when no Ruling is Made by the
TRIAL JUDGE, they have no Jurisdiction to
entertain the Case. See: South view Cem. Assoc.
v. HAILEY 199 GA. 478 (34 SE2d 863) (1945).
They all Conspire Pursuant to 42 USC§ 1985,
To Deny Me Access to the Court in Retaliation for enforcing MY Rights see: Chavis v.
Clayton County School Dist. 300 F. 3d 1288-
1291-94 (11th CIR. 2002). There failure to Perform
their Duties As required by Law is Causing
Me to Go through Tortiorious Suffering in
Violation OF the EIGHth Amendment for
They are Aware OF MY INJURY Sustained
As A Result OF A Work-Related INJURY.
(5) NOTE: FPL Food LLC Has Filed Return
Answers and A Claim is filed with their
Insurer Sedgwick claims MGMT Serv. INC.
The ISSUE is their Denial to Perform their
DUTIES AS Required by LAW, to Grant the
INJunction for Medical Care which is Urgently
Needed too Overt Permanent Damage and FIND
CARLOTTA FICKLIN.

-5-

By the Judge Also failing to Respond, Deny or Grant he's Denying Me Due Process and A Right to A direct Appeal.

---

## IMMENENT DANGER If NOT GRANTED

---

I am Getting WORSER not better and No Proximent DIAGNOSIS has been Made because before I was Scheduled too take MY MRI At the VA. Hospital October 24, 2017, CARLOTTA FICKLIN Retalitorily Sent Me back to Prison INJured and Without ANY Further Treatment See: Brown v. Johnson 387 F.3d 1344, 1350 (11th Cir 2004). I've been Sent to the Infirmary and Now MY feeling in MY Right Side is Gone MY hard Stay's Swollen MY back, Neck and Shoulder and I Stay in Sever Pain. The Physical ther-APY is Causing Sever Aggravation and they've Gave Me no SPecial Accommodations to SuPPort Any Relief to the Pain.

(6) NOTE: MY Mattress and No Pillow too SuPPort MY Neck is UNSatisfatory Causing More INJury To the Already INJured Places I can't hold MY Neck uP hardly.

MY Nose Continually Runs as An Indication of Some SPINAL Problems which they Say the INJURY Sustained by the Heavy Lifting has Caused Degenerative Joint DISEASE in MY Neck and Back. Eventhough the feeling is Gone in MY Right Side down MY Shoulder back and Right hand I Constantly have A Stabbing Pain in MY back near MY SPine and No Treatment is being Given. I Should be Granted too Proceed in FormA PaUPERIS Regardless of the 3 Strikes CauSE without Treatment and Possible emerGency Surgery I'll Continue too Suffer and Get Worser see: <u>JACKSON v. JACKSON 2009 WL 2457510 (11th Cir 2009)</u>.

## ALTERNATIVE TO ProceeDING IN FORMA PAUPERIS

PLaintiff Pose in Alternative to GrantinG Me to Proceed in FORMA PaUPERIS. This Court ORDER JUdGe Brown to Rule on his Motions PendinG Before him and If Denied Then this Court Grant a EvidEntiary HearinG to Grant PreliminarY Relief or Revoke in FORMA PaUPERIS Status

-7-

See: <u>Norwood v. Radtke</u> 2007 WL 5431018 *1
( Dec 2007).

Therefore Plaintiff Submits this Memorandum
in Support of his Claim.
This 17th day of March 2018

Respectfully Submitted

<u>Daniel W. Taylor</u>
Daniel W. Taylor
Wheeler Correctional CTR
PO. Box 466
Alamo, GA. 30411

VI.   Relief

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

I want this Court to Order Judge Carl C. Brown JR of Richmond County to Rule on MY Motions for EMERGency InJunctive Relief MY Motion to Grant MRI and MY Motion to Grant Medication Provided by the VA Hospital MY LIdAcaine Patches. Or this Court Grant Me the Relief Pending before his Court. I Pray that this Court Grant Me the Relief Prayed for I'm Really Suffering. I Don't Want No Money Just treatMent so I Can Get Some relief Proper that would Stop this Pain it's unbearable.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __17__ day of __March__, __2018__

Prisoner No. __1000332837__

__Daniel W. Taylor__
(Signature of Plaintiff)

6

## DECLARATION UNDER PENALTY OF PERJURY

YOU MUST DECLARE UNDER PENALTY OF PERJURY THAT THE ANSWERS YOU HAVE GIVEN IN THE ATTACHED MOTION/AFFIDAVIT FORM ARE TRUE AND CORRECT. GIVING A FALSE ANSWER OR FALSE INFORMATION IN RESPONSE TO ANY QUESTION WILL SUBJECT YOU TO FEDERAL PERJURY CHARGES. 18 U.S.C.§ 1621 PROVIDES AS FOLLOWS:

> *Whoever -*
>
> *. . .*
>
> *(2) in any declaration, certificate, verification, or statement under penalty of perjury as permitted under section 1746 of title 28, United States Code, willfully subscribes as true any material matter which he does not believe to be true;*

*is guilty of perjury and shall, except as otherwise expressly provided by law, be fined not more than $2,000 or imprisoned not more than five years or both. This section is applicable whether the statement or subscription is made within or without the United States.*

Understanding the above, I declare under penalty of perjury that the foregoing answers and information provided by me in support of my request to proceed *in forma pauperis* are true and correct.

Executed this ___17th___ day of ___March___, 20_18_.

_____
(Signature of Plaintiff/Petitioner)

This is All the forms I had Please
Petition the Prison for MY Account
BALANCe I'm in Segregation

Daniel W. TAYLOR 100033 2837
Wheeler Correctional Facility
P.O. BOX 466
ALAMO, GA. 30411



UNITED STATES DISTRICT Court
P.O. BOX 1130
AUGUSTA, GA. 30903

3090381130 B010