FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2018 MAR 26 AM 9: 20
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT COURT OF GEORGIA

Daniel W. Taylor
Plaintiff

vs.

Judge Carl C. Brown
Hattie Holmes Sullivan et al.

CASE # CV CV118-0056

## MOTION TO PROCEED IN FORMA PAUPERIS

I, Daniel W. Taylor, hereby move this Court for leave to proceed without prepayment of costs or posting security. In support of this motion, I certify under penalty of perjury that I am unable to prepay the costs or to post security, but I believe in good faith that I am entitled to the relief I am seeking.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

This 16th day of March, 2018.

_Daniel W. Taylor_
(Signature of Plaintiff)