IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| DANIEL W. TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 118-056 |
| | ) | |
| JUDGE CARL C. BROWN, JR.; | ) | |
| SHERIFF RICHARD ROUNDTREE; | ) | |
| HATTIE HOLMES SULLIVAN; | ) | |
| WARDEN VANCE LAUGHLIN; | ) | |
| CARLOTTA FICKLIN; | ) | |
| WHEELER CORRECTIONAL FACILITY; | ) | |
| and AUGUSTA TRANSITIONAL CENTER, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 20th day of June, 2018, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA